IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

```
PRATIKKUMAR RAMESHBHAI PATEL,      *
NITABEN PRATIKKUMAR PATEL, and     *
RUDRA RAMESHBHAI PATEL,            *
                                   *
        Plaintiffs,                *
                                   *
    v.                             *        CV 323-105
                                   *
ALEJANDO MOYORKAS, Secretary       *
of Department of Homeland          *
Security, et al.,                  *
                                   *
        Defendants.                *
```

---

O R D E R

---

Presently before the Court is a "Consent Motion for Voluntary Dismissal," signed by all parties who have appeared in the case. Accordingly, dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiffs' claims against Defendants are **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** this case and **TERMINATE** all motions and deadlines.

**ORDER ENTERED** at Augusta, Georgia, this 15th day of February, 2024.

UNITED STATES DISTRICT JUDGE